Byron Z. Moldo (SBN 109652)
  bmoldo@ecjlaw.com
Sonia Singh (SBN 311080)
  ssingh@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for Jeffrey E. Brandlin,
Permanent Receiver

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. BRANDLIN, Receiver for NTV Financial Group, Inc., <br><br> Plaintiff, <br><br> v. <br><br> DISCOVER BANK, a Delaware state chartered bank <br><br> Defendant. | Case No.  2:21-cv-00700-SVW-KES <br><br> **NOTICE OF SETTLEMENT** <br><br> Action Filed: January 22, 2021 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

17118.1:10206855.1

NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties have reached a settlement in the above-referenced case, and are negotiating a formal settlement agreement. Once the parties execute the agreement, a Stipulation of Dismissal of the entire action will be filed.

DATED: May 3, 2021

ERVIN COHEN & JESSUP LLP
Byron Z. Moldo
Sonia Singh

By: /s/ Byron Z. Moldo
Byron Z. Moldo
Attorneys for Jeffrey E. Brandlin,
Permanent Receiver

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 9401 Wilshire Boulevard, Ninth Floor, Beverly Hills, CA 90212-2974.

On May 3, 2021, I served true copies of the following document described as **NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

Cristina Anastassia Guido
Stroock and Stroock and Lavan LLP
2029 Century Park East
Los Angeles, CA 90067-3086
310-556-5800
Fax: 310-556-5959
Email: cguido@stroock.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 3, 2021, at Beverly Hills, California.

*/s/ Teresa M. Castelli*
Teresa M. Castelli

17118.1:10206855.1

NOTICE OF SETTLEMENT