Byron Z. Moldo (SBN 109652)
  bmoldo@ecjlaw.com
Sonia Singh (SBN 311080)
  ssingh@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for Jeffrey E. Brandlin,
Permanent Receiver

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. BRANDLIN, Receiver for NTV Financial Group, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER BANK, a Delaware state chartered bank<br><br>Defendant. | Case No.  2:21-cv-00700-SVW-KES<br><br>Assigned to the Hon. Stephen V. Wilson<br><br>**STIPULATION RE DISMISSAL**<br><br>Action Filed: January 22, 2021 |

   IT IS HEREBY STIPULATED by and among the parties, Plaintiff Jeffrey E. Brandlin, Receiver for NTV Financial Group, Inc. and Defendant Discover Bank, by and through their respective counsel of record, that the Complaint (and the entire action) in the above-captioned case be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

/ / /

/ / /

/ / /

17118.1:10206858.1

IT IS FURTHER STIPULATED that each party shall bear its own costs, including attorneys' fees.

DATED: June 15, 2021                    ERVIN COHEN & JESSUP LLP

By:  */s/ Byron Z. Moldo* [1]
Byron Z. Moldo
Attorneys for Jeffrey E. Brandlin, Receiver

DATED: June 15, 2021                    STROOCK & STROOCK & LAVAN LLP

By:  */s/ Cristina A. Guido*
Cristina A. Guido
Attorneys for Discover Bank

---

[1] Pursuant to L.R. 5-4.3.4, I, Byron Z. Moldo, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.